UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NANCY E. NASH, | Case No. 2:14-cv-00382-GMN-PAL |
| Plaintiff, | ORDER |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

This matter is before the court's review of the docket in this case. Plaintiff filed the Complaint (Dkt. #6) on April 29, 2014. Defendants filed an Answer (Dkt. #20) November 4, 2014. Canon 3C(1)(c) of the Code of Conduct for United States Judges and 28 U.S.C. § 455(b)(4) require the court to screen cases for financial disqualification or other financial matters that may call for a judge's recusal. Accordingly, Plaintiff shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case. If there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, Plaintiff must promptly file a supplemental notice upon any change in the information contained in the notice.

Accordingly,

**IT IS ORDERED** that Plaintiff shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case **no later than 4:00 p.m., December 30, 2014.**

/ / /

/ / /

1

1       Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

      DATED this 2nd day of December, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE