ADAM PAUL LAXALT
Attorney General
Denise S. McKay
Senior Deputy Attorney General
Nevada Bar No. 10507
Bureau of Litigation
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3420
Facsimile: (702) 486-3773
E-mail: dmckay@ag.nv.gov
*Attorneys for Defendants John Faulkner,
Beebe Clark and Robert Bannister*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NANCY E. NASH,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No. 2:14-cv-00382-GMN-PAL<br><br>**NOTICE OF CHANGE OF<br>DEPUTY ATTORNEY GENERAL** |

  Defendants John Faulkner, Beebe Clark and Robert Bannister, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Denise S. McKay, Senior Deputy Attorney General, hereby notify the Court and respective parties that Senior Deputy Attorney General Denise S. McKay has assumed responsibility for representing the interests of the

///

///

///

///

Defendants in this action.  Deputy Attorney General Kali F. Miller is no longer associated with this case and should no longer be noticed through the Court's CM/ECF system.

DATED this 30th day of January, 2015.

Respectfully submitted,

ADAM PAUL LAXALT
Nevada Attorney General

By: /s/ Denise S. McKay
DENISE S. MCKAY
Senior Deputy Attorney General
Nevada State Bar No. 10507
*Attorneys for Defendants*

IT IS SO ORDERED this 2nd day of February, 2015.

_____
Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF MAILING

I hereby certify that I am an employee of the State of Nevada, Office of the Attorney General and that on the 30th day of January, 2015, I served the foregoing, **NOTICE OF CHANGE OF DEPUTY ATTORNEY GENERAL**, by causing a true and correct copy thereof to be filed with the Clerk of the Court using the electronic filing system and by causing a true and correct copy thereof to be delivered to the Department of General Services, for mailing at Las Vegas, Nevada, addressed to the following:

>Nancy E. Nash, #1014659
>Florence McClure Women's Correctional Center
>4370 Smiley Road
>Las Vegas, Nevada  89115-1808
>Plaintiff, Pro Se

                    /s/ Traci Plotnick
                    An employee of the Office of the Attorney General